# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1287
LT Case No. 2023-CF-000115-A

_____

JORGE WEBSTER TORRES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

July 7, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____